**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-6103**

---

NATHANIEL SINGLETON,

                    Plaintiff - Appellant,

          v.

FOOD SERVICE OFFICER MR. NELSON; FOOD SERVICE MR. TAYLOR;
FOOD SERVICE MR. CRAZE; FOOD SERVICE MS. JOHNSON; FOOD
SERVICE MS. VENTON; ADMINISTRATIVE FOOD SERVICE BROWN;
ADMINISTRATIVE FOOD SERVICE  ARGLINE,

                    Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   R. Bryan Harwell, District Judge.
(1:12-cv-02985-RBH-SVH)

---

Submitted:  April 17, 2014          Decided:  April 22, 2014

---

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Nathaniel Singleton, Appellant Pro Se.   Marshall Prince, II,
Assistant United States Attorney, Columbia, South Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel Singleton seeks to appeal the district court's order adopting the magistrate judge's recommendation to dismiss some, but not all, of Singleton's claims asserted under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Singleton seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED